J. B. SMITH, *Plaintiff in Error,* v. FLORIDA POWER COMPANY, A CORPORATION, *Defendant in Error.*

Appealed from the Circuit Court for Citrus County.

*G. W. Scofield* and *W. K. Zewadski,* for Plaintiff in Error;

*R. L. Anderson,* for Defendant in Error.

PER CURIAM.—The disposition of this case is governed by the decision this day rendered in Davis v. Florida Power Co.

The judgment is reversed and the cause is remanded for appropriate proceedings.

SHACKLEFORD, C. J., dissents.